Form 3A
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re  Miguel Alfaro                                         Case No.
       Debtor(s)                                             Chapter  7

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankruptcy. P. 1006, I apply for permission to pay the Filing Fee amounting to $ **299.00** in installments.

2. I understand I am responsible to pay the $299 Court Filing Fee, and have not paid my attorney nor anyone any portion of $299 Court Filing Fee.

3. I am unable to pay the $299 filing fee except in installment payments.

4. Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

5. I understand that if I fail to pay an installment payment or am late, the Court may dismiss my Bankruptcy and I may not receive a discharge of my debts, and I must personally attend the Court's Motion to Dismiss my case for failure to pay fees.

6. I propose the following terms for the payment of the Filing Fee.*

   $ **$299.00**  Check one    ☐ With the filing of the petition, or
                               ☒ On or before  **April 17, 2009**

   $ _____   on or before  _____

   $ _____   on or before  _____

   $ _____   on or before  _____

*The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

7. I understand I am required to pay the installment payments on time and in money orders listing my full name and case number listed on the money order, mailed with proper postage attached directly to the **Bankruptcy Court, Clerk of Court, 219 S. Dearborn St, 7th Fl, Chicago, IL 60604.**

8. I understand that if I fail to pay any installment when due, and my bankruptcy case is dismissed, I will have to pay an additional $260 fee to the Court to re-open my case, in addition to the $299 Court Filing Fee, and additional Attorneys fees to draft and file a motion to re-open and appear on my behalf for my failure to pay my Court Filing Fees.

9. I read and understand this entire application and its consequences and abide by its terms.

Date  **March 28, 2009**                Signature  s/s Miguel Alfaro
                                                   **Debtor**

Attorney for Debtor(s)
S. M. de Rath, Esq. 6206809
405 North Wabash Ave Chicago, IL 60611
312-955-0556

**Debtor TIMELY Mail money orders listing full name and case number directly to:**
**Bankruptcy Court**
**Clerk of Court**
**7th Floor**
**219 S. Dearborn Street**
**Chicago, IL 60604**

**United States Bankruptcy Court**
**Northern District of Illinois**

In re  Miguel Alfaro                                                      Case No.
                              Debtor(s)                                    Chapter   **7**

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐   IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐   IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____   Check one   ☐ With the filing of the petition, or
                              ☐ On or before _____

$ _____   on or before _____

$ _____   on or before _____

$ _____   on or before _____

☐   IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date _____

*UNITED STATES BANKRUPTCY JUDGE*